JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mynor Varela,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Raymond Madden,<br><br>　　　　Respondent. | Case No. 2:22-cv-1864-CAS (AS)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that the action is dismissed with prejudice.

Dated: July 10, 2023

_____
CHRISTINA A. SNYDER
United States District Judge